**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RYAN PFLIPSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:24-cv-846-OLG |
| HARTMAN VILLAGE POINTE, LLC, | ) | |
| d/b/a VILLAGE POINTE SHOPPING | ) | |
| CENTER, | ) | |
| | ) | |
| Defendant(s). | ) | |

**JOINT NOTICE OF SETTLEMENT**

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties appear to have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: November 5, 2024.

Respectfully submitted,

**Plaintiff, Ryan Pflipsen**
Dennis R. Kurz, Esq.
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

**Defendant, HARTMAN VILLAGE POINTE, LLC
d/b/a VILLAGE POINTE SHOPPING CENTER**
Raymond L. Panneton, Esq.
**HENDERSHOT COWART, PC**
1800 Bering Drive, Suite 600
Houston, Texas 77057
(713) 783-3110 Phone

(713) 783-2809 Facsimile
panneton@hchlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on November 5, 2024.

**Defendant, HARTMAN VILLAGE POINTE, LLC**
**d/b/a VILLAGE POINTE SHOPPING CENTER**
Raymond L. Panneton, Esq.
**HENDERSHOT COWART, PC**
1800 Bering Drive, Suite 600
Houston, Texas 77057
(713) 783-3110 Phone
(713) 783-2809 Facsimile
panneton@hchlawyers.com

/s/ Dennis R. Kurz
Dennis R. Kurz, Esq.