**FILED**
January 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RYAN PFLIPSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL No. 5:24-CV-846-OLG |
| vs. | ) | |
| | ) | |
| HARTMAN VILLAGE POINTE, LLC, | ) | |
| d/b/a VILLAGE POINTE SHOPPING | ) | |
| CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

This case is before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice (Dkt. No. 8). Upon review of the Motion and the papers on file in this case, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

**SIGNED** this 16th day of January, 2025.

**ORLANDO L. GARCIA**
UNITED STATES DISTRICT JUDGE